**Order entered October 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00384-CR
No. 05-14-00385-CR
No. 05-14-00386-CR

**CESAR BENITEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-54265-M, F13-55077-M, F14-00035-M**

## ORDER

The Court **REINSTATES** the appeals.

On August 6, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel timely requested the record; (4) Belinda Baraka is the court reporter who recorded the proceedings; (5) Ms. Baraka's explanation for the delay in filing the record is her workload; and (6) Ms. Baraka requested until November 20, 2014 to file the reporter's record.

We note the reporter's record was due in these appeals on May 6, 2014, the appeals have been abated for two months awaiting the findings, and at no time between May 6, 2014 and the

date of this order did Ms. Baraka file a proper request for an extension of time to file the record.

Accordingly, we **ORDER** Belinda Baraka, official court reporter of the 194th Judicial District Court to file the complete reporter's record, including all exhibits, by **NOVEMBER 20, 2014**. If the record is not filed by that date, the Court will order that Belinda Baraka not sit as a court reporter until she files the record in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; and to counsel for all parties.


/s/     LANA MYERS
        JUSTICE